IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK HODGE,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**J. GONZALES, et al.,**<br><br>                              Defendants. | Case No. 1:15-cv-01618-AWI-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO SERVE RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)<br><br>**Responses Due:** July 31, 2017 |

Plaintiff Mark Hodge ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds on Plaintiff's first amended complaint against Defendants Gonzalez and Flores for unconstitutional conditions of confinement, against Defendant Gonzalez for excessive force, and against Defendant Flores for failure to protect Plaintiff, all in violation of the Eighth Amendment. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.[1]

Currently before the Court is Defendants' request for an extension of time to serve responses to Plaintiff's Request for Production of Documents (Set One), filed on July 14, 2017.

---

[1] Defendant Gonzalez was erroneously sued as "Gonzales."

(ECF No. 39.) In support, Defendants submit a declaration of counsel stating that despite diligent efforts to obtain materials to respond to Plaintiff's requests for production, counsel needs fourteen days additional time to review the documents for confidential or privileged information. Counsel declares that responsive documents were sought as early as June 9, 2017, but there have been some delays in obtaining the documents due to the unavailability of the litigation coordinator.

Good cause having been shown, IT IS HEREBY ORDERED that Defendants are GRANTED a fourteen-day extension of time, through and including July 31, 2017, to serve their responses to Plaintiff's Requests for Production of Documents (Set One).

IT IS SO ORDERED.

Dated: **July 14, 2017**        /s/ *Barbara A. McAuliffe*
                               UNITED STATES MAGISTRATE JUDGE