IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK HODGE,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**J. GONZALES, et al.,**<br><br>                              Defendants. | Case No. 1:15-cv-01618-AWI-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO PLAINTIFF'S MOTION FOR SANCTIONS AND MOTION FOR SUMMARY JUDGMENT<br><br>**Oppositions Due:** October 9, 2017 |

Plaintiff Mark Hodge ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' request for an extension of time to file oppositions to Plaintiff's motion for sanctions (ECF No. 45), and motions for summary judgment on exhaustion and the merits of his conditions of confinement claim. (ECF Nos. 46-52). In support, defense counsel declares that Defendants have been focusing resources on the upcoming September 18, 2017 settlement conference, so as to not waste time and resources preparing unnecessary oppositions should the mediation be successful. Defendants seek an extension of time until October 9, 2017 to file oppositions to the motions, if necessary.

///

///

1

Good cause having been shown, IT IS HEREBY ORDERED that Defendants' request is granted. Defendants' oppositions are due on or before October 9, 2017.

IT IS SO ORDERED.

Dated: **September 15, 2017** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE