1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**MARK HODGE,**                              Case No. 1:15-cv-01618-AWI-BAM (PC)

12
                                  Plaintiff,   ORDER DIRECTING CLERK OF COURT
13                                             TO TERMINATE ALL MOTIONS AND
                                               DEADLINES, CLOSE CASE AND ADJUST
14           **v.**                             DOCKET TO REFLECT VOLUNTARY
                                               DISMISSAL
15   **J. GONZALES, et al.,**

16                                  Defendants.

17

18          Plaintiff Mark Hodge ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

19   *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

20          On September 19, 2017, defense counsel filed a stipulation for voluntary dismissal with

21   prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 57.) The

22   stipulation is signed by Plaintiff and defense counsel for Defendants, indicating that case has been

23   resolved in its entirety, should be dismissed with prejudice, and each side shall bear their own

24   litigation costs and attorney's fees.

25          Accordingly, the Court HEREBY ORDERS that:

26          1.      This action is dismissed with prejudice pursuant to Federal Rule of Civil

27   Procedure 41(a)(1)(A)(ii). Each party is to bear his own costs, fees, and expenses of any type,

28   including attorney's fees. There is no prevailing party in this action;

                                               1

1       2.     The Clerk of the Court is directed to terminate all pending motions and deadlines,

2  and close this case.

3

4  IT IS SO ORDERED.

5     Dated:   **September 19, 2017**         /s/ *Barbara A. McAuliffe*   \_

6                                 UNITED STATES MAGISTRATE JUDGE