FILED

SEP 19 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HODGE, | Case No.: 1:15-cv-01618-AWI-BAM (PC) |
| Plaintiff, | |
| v. | ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MARK HODGE, CDCR # K-38609 |
| J. GONZALES, et al., | |
| Defendants. | |

Plaintiff Mark Hodge is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on September 18, 2017. Inmate Mark Hodge, CDCR Inmate # K-38609, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **September 18, 2017**

UNITED STATES MAGISTRATE JUDGE