IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK HODGE,** | Case No. 1:15-cv-01618-AWI-BAM (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR COURT ORDER TO BE SENT BACK TO IRONWOOD STATE PRISON, AS UNNECESSARY |
| v. | |
| **J. GONZALES, et al.,** | (ECF No. 60) |
| Defendants. | |

Plaintiff Mark Hodge ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference was held in this case on September 18, 2017, at Corcoran State Prison. (ECF No. 56.) Plaintiff was transported from Ironwood State Prison for the conference pursuant to an order and writ of habeas corpus ad testificandum. (ECF No. 42.)

Currently before the Court is Plaintiff's motion for issuance of a court order to send him back to Ironwood State Prison, dated September 20, 2017 and received by the Court on October 2, 2017. (ECF No. 60.)

The Court has issued an order discharging the writ of habeas corpus ad testificandum. (ECF No. 59.) Furthermore, the Court has confirmed with prison officials that Plaintiff left

1

Corcoran State Prison shortly after he sent the instant motion to the Court, and he is currently back at Ironwood State Prison.

Accordingly, Plaintiff's motion for an order to transport him back to Ironwood State Prison is denied, as unnecessary.

IT IS SO ORDERED.

Dated: **October 4, 2017**           /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE